**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1353

INETHA M. CARR,

              Plaintiff - Appellant,

         v.

H.O.P.E. COMMUNITY SERVICE, INC., f/k/a Central Piedmont
Action Council, Incorporated, f/k/a C-PAC,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, Chief
District Judge.  (3:11-cv-00159-JRS)

Submitted:  May 19, 2011              Decided:  May 23, 2011

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Inetha Michelle Carr, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Inetha Michelle Carr appeals the district court's order granting her motion to proceed in forma pauperis and summarily dismissing her complaint for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Carr v. H.O.P.E. Community Serv., No. 3:11-cv-00159-JRS (E.D. Va. Mar. 24, 2011). We deny Carr's motions for a formal hearing and for a transcript at Government's expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED